**CRIMINAL INFORMATION SHEET**    USPO  DREW

Date: 3-18-09    Judge: ☐ MJ Wilson    Deputy: ☐ Camie Portilloz
                        ☐ MJ McCarthy           ☐ Joan Mayes
Interpreter: N/A        ☒ MJ Cleary             ☒ Karen Perkins

Case No. 09-CR-043-CLK    USA v. OSCAR AMOS STILLEY

Defendant's Age 45   Sex M   City/State: _____

Date of Arrest: 03-18-09  Summons ~~Arrested By:~~ _____

☐ Detention Requested by AUSA   $2500
Bail Recommendation: $ ~~15,000~~ _____ (Cash/Surety) (10%) (Unsecured)
Bail Fixed at: $ _____ (Cash/Surety) (10%) (Unsecured)
Bail Made: ☐ yes ☐ no

**Additional Conditions of Release:**

6.  ☐ Defendant placed in custody of: _____
7.  ☒ a        ☐ g        ☐ m            ☐ s
    ☒ b        ☒ h        ☐ n
    ☒ c        ☐ i        ☐ o
    ☐ d        ☐ j        ☒ p(1,2,3,4,5,6)
    ☐ e        ☐ k        ☐ q(1,2,3,4,5,6,7,8,9)
    ☐ f        ☒ l        ☐ r(1,2,3,4,5,6)

Defendant Requests Public Defender: ☐ yes ☐ no
Defendant's Attorney: Terry Weber          (FPD) (Ct.Appt) (Ret.)
Address: _____ City/State/Zip: _____ Phone: _____
AUSA: KEN SNOKE / Charles O'Reilly

**MINUTES:**

☒ Defendant appears for IA on: ___ w/ret counsel ___ FPD ✓ ct appt ___ w/out counsel
  ✓ Indictment   ___ Information   ___ Complaint   ___ Petition   ___ Rule 5
☐ Financial Affidavit received; FPD appointed CJA: ☒ present ☐ not present → for IA only
☐ Defendant's name corrected by interlineation: _____
☐ Waivers executed and filed in open court:
       ☐ of Indictment; ☐ of Preliminary Exam; ☐ of Detention Hearing; ☐ of Rule 5 Hearings
☒ Bond set @ ~~$25000~~ $2,500 ____; bond and conditions of release executed and filed in open court
☐ Gov'ts Motion for detention and detention hearing filed in open court
☒ Arraignment held, defendant pleads Not Guilty, court accepts plea
☒ Scheduling dates to be mailed to counsel
☐ Detention Hearing Scheduled: _____ @ _____
☐ Preliminary Exam Scheduled: _____ @ _____
☐ Arraignment Scheduled: _____ @ _____
☐ Initial Appearance continued to _____ @ _____
☐ Defendant remanded to custody of U.S. Marshal:
       ☐ pending further proceeding; or ☐ pending satisfaction of conditions of bond

ADDT'L MINUTES: deft released on bond.