IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
v. )    Case No. 09-CR-043-SPF
)
LINDSEY KENT SPRINGER, )
OSCAR AMOS STILLEY, )
)
        Defendants. )

## VERDICT

### for Lindsey K. Springer

We, the jury, being duly sworn and upon our oaths, find the defendant Lindsey K. Springer:

With respect to Count 1 -

Not Guilty _____      Guilty  ✓ _____

With respect to Count 2 -

Not Guilty _____      Guilty  ✓ _____

With respect to Count 3 -

Not Guilty _____      Guilty  ✓ _____

(verdict form continues on next page)

**With respect to Count 4 -**

**Not Guilty** _____         **Guilty** _____

**With respect to Count 5 -**

**Not Guilty** _____         **Guilty** _____

**With respect to Count 6 -**

**Not Guilty** _____         **Guilty** _____

11/16/09
_____

**DATE**                                  **FOREPERSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 09-CR-043-SPF |
| | ) | |
| LINDSEY KENT SPRINGER, | ) | |
| OSCAR AMOS STILLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT

### for Oscar A. Stilley

We, the jury, being duly sworn and upon our oaths, find the defendant Oscar A. Stilley:

With respect to Count 1 -

Not Guilty _____          Guilty _____✓_____

With respect to Count 3 -

Not Guilty _____          Guilty _____✓_____

With respect to Count 4 -

Not Guilty _____          Guilty _____✓_____

11/16/09
_____
DATE

_____
FOREPERSON