# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

April 30, 2010

Douglas E. Cressler
Chief Deputy Clerk

Mr. Oscar Amos Stilley
David L Moss Correctional
300 N Denver Ave
Tulsa, OK 74103
#10579-062

**RE:** 10-5057, United States v. Stilley
Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Appellant:

Attorneys for parties must complete and file an entry of appearance form within 14 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Charles Anthony O'Reilly
Kenneth Palmer Snoke

EAS/kf