IN THE US DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

USA

v.   09-CR-043-SPF

Springer & Stilley

FILED
MAR 29 2011
Phil Lombardi, Clerk
U.S. DISTRICT COURT

MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONSE DATED MARCH 14, 2011

Comes now Oscar Stilley (Stilley) and for his motion to extend time states:

1) Stilley just this March 22, 2011 received the government's response to his "Motion for Order Prohibiting Government from Interference..."

2) There are significant matters to which Stilley intends to reply.

3) Stilley is currently in Special Housing Unit (SHU) on day 32 of a hunger strike, seeking principally the cessation of certain policies that threaten the health of inmates, including Stilley.



4) Stilley is currently denied access to his own legal material, paper, and other things needful to the reply.

5) Prison Program Statements say that SHU inmates are entitled to these items.

6) Stilley is not allowed a "SHU pen" but rather relegated to a rubber pencil.

7) Stilley's SHU cell was searched, with the confiscation of his legal correspondence received as of that date. Stilley has not been told whether or not legal mail received in SHU since that time will likewise be confiscated, and held in "property" pending Stilley's departure from SHU.

8) Stilley cannot effectively advocate under these circumstances.

9) The interests of justice & judicial economy would be served by an extension.

10) Due to the short time and severe communication restrictions in SHU, the government has not been consulted, but Stilley believes the government would not oppose a reasonable extension under the circumstances.

P. 2    Motion to Extend

1) Stilley requests that his time for reply be extended up through & including Wednesday, April 13, 2011.

WHEREFORE, Stilley requests this Court extend time for his reply up through & including April 13, 2011, and for such other and further relief as may be appropriate whether or not specifically requested.

Oscar Stilley  
Oscar Stilley 10579-062    Date: 3-22-11  
FCI Forrest City Low  
PO 9000  
Forrest City AR 72336

Certificate of Service

I certify that this ~~motion~~ will be sent to the Court Clerk for ECF service; also that I will send a copy out for transcription and or scanning and emailing to the proper parties for service, Charles O'Reilly & Jeffrey Gallant, & Jerry Barringer

Oscar Stilley   3-22-11

P.3 Motion to Extend