CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
U.S. COURTHOUSE
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS



049J82052388

$00.45⁰
05/25/2012
Mailed From 74103
US POSTAGE

RECEIVED

MAY 29 2012

Phil Lombardi, Clerk
U.S. DISTRICT COURT

#466
09-CR-43-SPF

NIXIE        731    4E 1        01  05/27/12
              RETURN TO SENDER
              NO MAIL RECEPTACLE
              UNABLE TO FORWARD

Martha Durossette
506 S. Caddo
Muldrow, OK 74948

BC: 74103383999    *0582-13322-25-40

74103@3839
74948-4216