Case 4:09-cr-00043-SPF   Document 619 Filed in USDC ND/OK on 05/16/16   Page 1 of 1



09-CR-43-SPF-2
#618

**CLERK, UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

RECEIVED
MAY 16 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Post marked 5/6/16

**Oscar Amos Stilley** #10579-062
FCI Forrest City Low
P O BOX 9000
FORREST CITY, AR 72336

RETURN TO SENDER
30 DAYS EXPIRED
INMATE NOT AT THIS INSTITUTION
NO AUTHORIZATION ON FILE
_____ INMATE CONTENTS
TO IDENTIFY INMATE

NIXIE    381   5E  1         0005/12/16
        RETURN TO SENDER
        NOT DELIVERABLE
        AS ADDRESSED
        UNABLE TO FORWARD

BC: 74103538199            *0582-01736-06-42*

Mailed From 74103
05/06/2016
US POSTAGE $00.470