

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF OKLAHOMA

FILED

JAN 29 2018

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 09-CR-043-SPF |
| ) | |
| vs. ) | |
| ) | |
| OSCAR AMOS STILLEY ) | |
| ) | |
| Defendant ) | |

## PETITION FOR HEARING FOR INTERFERENCE IN REASONABLE ACCESS TO APPEAL

COMES NOW THE SISTER OF OSCAR STILLEY, AND doth hereby state for the court that it has come to my attention that the prison system has put Oscar Stilley in a holding tank, causing him to be cut off from proper access to appeal almost every time he has made attempt to file appeal thereby forcing him to lose any and all documents created for an attempt to file appeal, thereby causing, not only Oscar Stilley suffering, but also Oscar Stilley's family undue duress and extended time served.

Wherefore I, Martha, do hereby request a hearing for the cause of INTERFERENCE IN REASONABLE ACCESS TO APPEAL, and do request compensation for my losses as a result of NOT HAVING ACCESS TO PROPER COUNSEL, as a result of having my Sibling incarcerated in the Federal Bureau of Prisons, and Compensation to Oscar Stilley, whether specifically prayed for or not.

Dated this 25th day of January 2018

√ Mail   ___No Cert Svc   ___No Orig Sign
___C/J   ___C/MJ   ___C/Ret'd   ___No Env
___No Cpys   √ No Env/Cpys   ___O/J   ___O/MJ

MARTHA DUROSSETTE
PO Bx 1283
Roland, OK 74954

Devosek
PO Bx 1283
Roland OK 74954

Postmarked
1/25/18 - SC

RECEIVED
JAN 29 2018
Mark C. McC...
U.S. DISTRI...

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

09-CR-43-SPF-2

7410333881