IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   Case No. 4:09-CR-043 SPF | |
| LINDSEY KENT SPRINGER,<br>OSCAR AMOS STILLEY | DEFENDANTS |

DEFENDANT OSCAR STILLEY'S NOTICE OF CHANGE OF ADDRESS

Comes now Defendant Oscar Stilley and gives notice that all of his contact information has changed.  Defendant Stilley requests that the clerk cause the relevant records of the court to reflect the new contact information, (address, phone, fax, and email) set forth below, consistent with the custom and practice of the court when a party litigant files a notice of change of address in a court case.

By: /s/ Oscar Stilley            May 11, 2021
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 mobile
479.401.2615 fax
oscarstilley@gmail.com

CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Defendant Stilley is not certain that Lindsey Springer is enrolled in CM/ECF but will ascertain that later and with reasonable promptness make sure Lindsey Springer receives service.