# Oscar Stilley

10600 N Hwy 59, Cedarville, AR 72932  479.384.2303 cell  oscarstilley@gmail.com

May 16, 2024

Clinton J. Johnson
US Attorney
Northern District of Oklahoma
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119

Re:   *US v. Stilley*, OKND 4:09-cr-43, *Brady/Giglio*/policy request, attorney designation request, FOIA request, etc.
**Via email only** at clinton.j.johnson@usdoj.gov

Dear Mr. Johnson:

On February 23, 2024, I sent an email to Jeffrey Gallant, asking whether or not he'd object to a motion to compel the government to give me my prison medical records. Specifically, I wanted to get a 2,899 page set of documents previously produced as discovery responses in *Stilley v. US et al*, ARED 2:15-cv-163. The work has been done. The information is relevant both to my personal health and to my liberty. I'm entitled to it.

I got an automatic reply stating that Jeffrey Gallant no longer works for the US Department of Justice. Since that time I've tried to find out who has taken his place, on my criminal case. Nobody seems to want to 1) tell me why he left or where he went, or 2) identify the lawyer who will take his place as local counsel.

I called Vani Singhal March 22, 2024, to ask her who would be the responsible attorney, with respect to my inquiry. She said she'd check. On April 2, I sent her an email, asking if I could assume that no such attorney has been assigned, if I didn't hear from her by April 5, 2024. She responded the same day, saying "Please direct your inquiry to your probation officer."

Please note that she **did not** say that she's the attorney to answer my inquiry or serve as Oklahoma bar licensed local counsel on the case against me. That's smart on her part. She knows the case against Oscar Stilley is a pure unadulterated fraud, and she doesn't want her fingerprints on it. Technically, her name is on the docket as counsel of record for purposes of collection. She does not want to *take the reins* on the case generally, for good reason.

I talked to my Probation Officer, Ryan Forsyth, on May 9, 2024. We both got a good laugh out of Singhal's suggestion. How pray tell would Mr. Forsyth know the name of a lawyer **assigned to or responsible for this case** but whose name **doesn't show up on the docket**? Is he somehow better informed than Vani Singhal?

Mr. Forsyth works for US Probation for the Western District of Arkansas. He's supervising me as a courtesy for the Northern District of Oklahoma (OKND) US Probation. Kory McClintock, with US Probation-OKND, is his point of contact.

You put yourself in the hot seat. You're the last attorney from your office to do substantial work with respect to the prosecution of Oscar Stilley. Specifically, you were "of counsel" in my 10th Circuit appeal (22-5113) of the revocation of my supervised release, 3 months in prison, etc. Plus, you supervise the lawyers in your office, which gives rise to ethical duties as to each of them.

I think I know why you did it. I think you called in some favors, to make sure the 10th Circuit dodged the issues, rather than deciding my case on the merits – which would guarantee that you lose and Oscar Stilley eventually walks free. When I proved that their stated reasons, raised *sua sponte* (on their own motion) were as bogus as a $3 bill, utterly refuted by the record, they clammed up. Worse yet, you clammed up too, in the face of a duty to speak.

I made an Oklahoma bar ethics complaint against Jeffrey Gallant. It was delivered on Monday, May 13, 2024. I'm making it available to you by the foregoing link, for you to read and analyze. You are cordially invited to provide to me reasons, if any exist, that I shouldn't file a similar complaint against you. Feel free to state any reason whatsoever, whether practical, legal, or otherwise.

I was recently fired from my job at REVAMP (Remember Every Victim and Missing Person, Inc.). I went from hero to zero virtually overnight. The new Executive Director first refused to talk to me, then picked apart everything I did. He was interested in nothing except that which would interest a vindictive prosecutor.

The Executive Director fired me on Wednesday, May 1, 2024. I gave notice to US Probation on May 5, 2024. Mr. Forsyth noted that this was a technical violation, since that was over the 72 hours allowed by my conditions of supervision. However, the deadline expired on a Sabbath day. I reported the facts the following day, which was a Sunday.

Mr. Forsyth said that although that was a technical violation, nothing would be said about it *if I otherwise performed to the satisfaction of my overlords*. I have a serious objection to that protocol. Everyone knows I'm a Sabbath keeper. Are you seriously going to hang that over my head, to coerce me into doing things I wouldn't otherwise do?

If not, will you instruct US Probation to strictly respect the religious beliefs of Sabbath keepers? This isn't a recent invention. The Sabbath rest is required by the 4th Commandment, written in stone by the finger of Elohim some 3,400 years ago.

I got another job, for River Valley Torah Assembly and McGuire Engineering, Inc., to be paid and supervised through the engineering firm. Mr. Forsyth vetoed that employment. Why? They requested exactly the same terms and conditions as those allowed to REVAMP. That would include the ability to communicate with persons with a criminal record.

When I spoke with Mr. Forsyth on Thursday, May 9, 2024, he said that he **preferred** that I get a job that didn't require contact with inmates. He did not say it was **impossible** to get approval for such a job. So why pray tell did he veto my new job the very next day, May 10, 2024, with the identical job title, pay, terms, conditions, and authorizations as before?

I'm pretty sure someone sent a snitch/cooperator/asset to get Stilley fired. Apparently someone wanted a pretext to prevent me from talking over the internet and phone, to persons allegedly having a "criminal record." When I came up with a new job that had even better reasons for letting me carry on as before, Forsyth told the new employer (but not me) that the employment wouldn't be authorized. In other words, they would be forbidden to hire Stilley.

You have your reasons. You use your power to shell the teeth out of the mostly poor, black or brown, socio-economically disadvantaged persons who come to be in federal custody. You get Tulsa County jail to feed about 500-700 calories less than it takes to maintain normal body weight – the better to extort false and involuntary guilty pleas from impoverished persons held in pretrial custody. Since you have *carte blanche* to watch my computer screen, you know about my activities. You know I'll help inmates properly navigate administrative remedies, file their own pro se tort claims, and get the care to which they're entitled.

You don't like that because you want to cheat them out of their rights, so you can steal the money you "saved." Strong words? Yes, but true. I know what you do and how you do it. Let me give you just one example, which I brought to the attention of your personnel about a year ago. Let me tell you how you run your scam.

You get court orders for the payment of restitution. Instead of paying the money over to the injured party, you pretend it's "unclaimed funds." You transfer the money between various accounts until it reaches an "unclaimed funds" account.

You build up a nice nest egg in "unclaimed funds." Then you either use that account, or one or more additional accounts to which the money is transferred, as your slush fund.

3

When you get caught with your hand in the cookie jar, you pretend it was an oversight, a mistake, a one-off that can easily be fixed. For example, you may tell the obligor that they paid the money to the wrong place – even when they paid the money exactly as instructed by the court order. You may refrain from serving the motions containing such self-serving poppycock, in contravention of due process and court rules. You may prevail on the judges to refrain from serving their orders on the persons entitled to service, once again a violation of due process.

You always keep enough money in your slush fund to cover any claims. What kind of claims? How about claims for money that you pretended to collect for the IRS – **but never sent to the IRS**? The Treasury Department in Washington, DC is about a mile from the main US Department of Justice building. The two are unquestionably within walking distance. Plus, the IRS is one of the biggest clients of the DOJ. So how can you argue that **restitution to the IRS** is "unclaimed funds?" These funds aren't *unclaimed*; they are *stolen* by unscrupulous employees of the US DOJ.

Cheer up, you're far from the only US Attorney doing this. Do a little research. Look for the US Attorneys who resist the use of pay.gov. Pay.gov is highly efficient. It makes it easy for criminal defendants to *pay on time every time*. The only fly in this wonderful ointment is that it is **less conducive to thievery and embezzlement**. When people do "illogical" things, there is a reason.

I filed a motion requesting authorization to use pay.gov, for my monthly criminal restitution payments. Dkt. 780 Mr. Gallant wouldn't hear of it. District Judge Stephen P. Friot approved allowing me to pay by paper checks, (Dkt. 786) In the same order he *sua sponte* **struck my motion** to get authorization to use pay.gov. Why? Neither of you want the public to see what I said. Neither of you want me to interfere with your sleazy little side hustle. Neither of you want me to get in the way of your **freelance theft**.

Take a look at the docket. You will see my motion, then three text orders, then an order for the parties to collaborate in pursuit of an efficient payment system, then a sealed report from Gallant. Then Judge Friot entered an order **striking my motion** and directing the adoption of Mr. Gallant's **sealed** recommendation. The public can't even determine what Friot's order commanded. Both your office and Judge Stephen P. Friot are highly opposed to the public knowing about my allegations or your responses (or lack thereof).

I hereby request the following information pursuant to the federal Freedom of Information Act:

4

1) The last 20 years of the Excel spreadsheets mentioned by Jennie Cleveland in her phone conversations with me, documenting restitution funds transferred to an "unclaimed funds" account.
2) Any and all other computer information about "unclaimed" funds, and the final disposition or use of such funds, once again over the past 20 years.
3) The case name and number, the identity of the alleged crime victim, the last known phone, email, and physical address of the obligor and alleged victim, and the amount of unclaimed funds related to that case and criminal defendant, to explain every dollar in any account that holds unclaimed funds, once again over the past 20 years.
4) "Unclaimed funds" should be construed to include all funds not paid over to the "crime victim" within 15 days of receipt, as required by federal statute. I'll be glad to send a thumb drive and a stamped self-addressed envelope, upon request. Jenny can just copy the directories over to the thumb drive. Alternatively, you can put the files in an online folder, give me access credentials, and let me download them from there.

You have to maintain that information for your own purposes. It should not be difficult for you to promptly provide me with that information. Yes, I know you could do some artful dodging, and tell me to go to the FOIA coordinator in Washington, DC. *Please don't*. Please just promptly instruct the appropriate personnel to give me the information. If you need this FOIA request reformatted and sent both places, just speak the word. I'll cooperate – if you'll reciprocate. I'm opposed to stiff-arming and delay for the sake of delay.

I furthermore request that you confer with your boss Merrick Garland, Attorney General of the United States, about a nationwide policy to the effect that the US DOJ, all US Attorneys, and your other subsidiaries, will return whatever has been taken by way of the "unclaimed funds" scheme. **Whatever you got** and **whatever damage you inflicted on others** by such deceitful devices, give it back, along with the attorney's fees and other reasonably necessary expenses.

In other words, make the victims of the US Department of *Justice* whole. If the DOJ got a summary judgment (whether final, partial, etc.) by falsely claiming that government records were "true, correct, and complete," give up that summary judgment **as a matter of written policy**. Restore your victims to the place they were in before you ripped them off by pretending their payments were "unclaimed funds." Don't worry about whether the judgment has become "final" or was "agreed."

Give up your ill-gotten gains, and all of them. Make your victims *completely whole*.

If I'm wrong and you're innocent, such a policy will cost you *nothing*. I'm **not wrong**. I just don't want to go to prison for knowing too much. I see no reason to tell

you what I know if you're just going to bludgeon me for it. You need to give me some reasonable incentive to *show you what I know*.

Concerning the phone, email, and other electronic communications with persons allegedly having a criminal record, consider **what's not there**. Nobody has suggested that I have debauched the morals of anyone with a criminal record, or vice versa. Nobody has suggested that I have done anything wrong or contrary to the legitimate interests of the American public. Nobody has suggested that I don't make a positive impact on those with whom I communicate, regardless of their alleged criminal background. Nor would there be any truth to any such allegations if they were made.

I can only assume that 1) the firing and 2) the refusal to allow subsequent employment on identical terms is coming straight from your office. I also assume that this is part of an effort to revoke my supervised release and send me back to prison yet again. If that's not so, you should feel free to confirm that, in writing. You've made me nervous, but it won't be hard to clear up the nervousness.

That being said, please consider the following requests, primarily but not solely pursuant to official DOJ policies regarding *Brady, Giglio,* and related disclosures. I copied the material at the foregoing link, highlighted it for my purposes, and posted it online on my own website, for the convenience of the reader. Please note that I only used yellow highlighting and bold. Italicization emphasis comes from the original.

1) Unless otherwise stated, all requests should be construed to call for records and information in your possession or reasonably available to you, your office, or personnel you are expected to consult as part of determining what should be disclosed.
2) Unless otherwise stated, all these requests are based on all applicable caselaw, statutes, rules, and regulations, official policies of the DOJ provided on the above referenced website or otherwise, the Oklahoma attorney oath of office, and applicable provisions of the Oklahoma Rules of Professional Conduct (ORPC). Many disclosures will be required by more than one of these sets of authorities.
3) Please disclose all exculpatory or impeachment information, with respect to the original conviction, the most recent revocation, and any planned *or potential* future petition to revoke supervision.
4) Please disclose all information impacting the financial penalties that I owe. Please show your work, and show me a final figure allegedly due. I want to know how much of the frauds, math errors, etc., you intend to collect. I want the names of all lawyers who participated in authorizing such collections.

5) Please note that DOJ policies require disclosures that might not, on their own, make a difference between guilt and innocence. Brady Policy page 3.
6) Please note from the same page that the disclosure requirements discussed there are required whether or not the information or evidence would be admissible in any court proceedings. Id.
7) Information that seems innocuous in isolation may require disclosure when taken together. Id. I believe that Stephen P. Friot was my *de facto* accuser for purposes of the original revocation. Please provide all documents and information concerning the decision to accuse and prosecute that revocation.
8) Please note that you have me on supervised release, which is by law considered "official custody." That leaves me vulnerable to revocations of supervised release which are, according to a Virginia Law Review article,[1] unconstitutional.
9) You have a continuing duty of disclosure. Brady Policy page 16.
10) Unless you take revocation and re-incarceration "off the table," I will assume that's what you're planning, as we speak. I request all disclosable information, in time to let me soundly defeat any such plans.
11) I also have the right to file a petition under 28 USC 2241. Your office has disclosure obligations for that reason as well. I expect them to be fulfilled completely.
12) You are also encouraged to provide broad and early discovery. Brady Policy page 14.
13) You are expected to disclose information based on the nature of the information, not the form of it. Brady Policy page 9. Therefore, for example, you might be required to disclose the substance of a conversation with a witness or another attorney in your office. Brady Policy page 11.
14) Please note that prosecutors should not delegate the disclosure determination itself. Brady Policy page 14. I respectfully request the name(s) of any and all US Attorneys who work on responses to this request.
15) I specifically request that you firmly commit to a theory of criminal liability, as to 1) the original judgment and commitment order, 2) the judgment and commitment order on revocation, and 3) any potential or planned future petition to revoke my supervised release and send me back to prison or otherwise punish me.
16) Please disclose why Jeffrey Gallant's employment was terminated, and where he is currently employed.
17) Please note that you and your personnel are required to have training on compliance with *Brady*, *Giglio*, and related official policies of the US DOJ. Brady Policy page 5. Annual refresher courses are required. *Id.*

---

[1] 108 Va. L. Rev. Online 297, Nov. 15, 2022.

Case 4:09-cr-00043-SPF   Document 811-1 Filed in USDC ND/OK on 11/05/24   Page 8 of 9

Antisemitism is on the rise in this country. The Hebrew root word is "shem" which basically means "name." Thus antisemitism amounts to words and deeds "against the name." I love the name of Yahweh my Elohim (mighty ones) and trust him as my defender.

The employment for which I seek approval has support in scripture. Luke 14:21 (KJV) tells the story of a "certain man" who made a great supper, to which the invited guests refused to come.

> 21 So that servant came, and shewed his lord these things. Then the master of the house being angry said to his servant, Go out quickly into the streets and lanes of the city, and bring in hither the poor, and the maimed, and the halt, and the blind.

A similar parable is found in Matthew 22, in which a "certain king" prepared a feast. What's the context? Yahweh our Elohim fixed certain appointments for his people. They're often called "feasts" even though one of them (Day of Atonement) is actually a fast. The appointments include the weekly Sabbath, Passover, Unleavened Bread, Shavuot, Trumpets, Atonement, Tabernacles, and Last Great Day. River Valley Torah Assembly keeps all these appointments of Elohim, and teaches others to do the same.

Yahshua the Messiah in these parables was speaking of one who prepared a feast, and all the nice people he invited had better things to do with their time. The one who prepared the feast therefore sent his servants out to invite marginalized members of society. The "certain king" mentioned in Matthew was rather displeased with those who so rudely spurned his generous hospitality. Matthew 22:7.

Please don't allow me to be attacked for attempting to show kindness to the poor, the downtrodden, and the marginalized of our society.

Are we dealing with antisemitism? Tulsa County Jail uses Summit Food Service. Why is that important? Look at this Summit Foods menu used until recently by Crawford County, Arkansas. "Common fare" is the menu for those who eat only those foods prescribed for human consumption by the Torah – mostly Jews and Messianics.

On this common fare menu, the main course for breakfast is oatmeal, every single day. The main course for **both** lunch and dinner is hardboiled eggs – ***every single day***. The only difference is that the inmate gets 2 hardboiled eggs for lunch but only one for the evening meal. Is that antisemitism? Pure psychopathic hatefulness? Efforts to extort involuntary guilty pleas?

I recently spent time in your jail. I saw starved inmates pick food out of trash cans and eat it. Hungry inmates would ask for lumps of undissolved oatmeal off my tray. Inmates without money live with hunger every day. Please confer with the US

8

Marshals and the Sheriff and the brass at Summit Foods, to make sure that all inmates in federal custody at your local jail get plenty of healthy and palatable food every day, sufficient to maintain body weight without supplementation.

Tulsa County Jail has only two computers with Microsoft Word to serve about 1,100 inmates. They're available only to inmates without attorneys. They're available for very limited hours. Please confer with the US Marshals and the Sheriff to make sure that adequate numbers of good computers with good software, printers, keyboards, mice, etc., are available in all the inmate housing units during all reasonable hours, as soon as possible, for use by the inmates in the defense of their liberty. If you don't want to do it, please just give me authorization to do it *without* taxpayer money. The current system is a tacit admission that your office follows a pattern and practice of cheating your criminal targets out of due process, just as you've cheated Stilley.

Antisemitism is a harsh accusation, which I hesitate to make without very satisfactory proof. Would you be kind enough to designate local counsel for my criminal case, in good standing with the Oklahoma state bar, willing to help us with discussions, legal research, etc.? When it comes to such matters, a skinny settlement beats a fat lawsuit. I'd be pleased to work toward an amicable resolution that advances the legitimate interests of civil society.

I have a meeting with Ryan Forsyth scheduled for 10:00 AM Monday, May 20, 2024. There is a substantial likelihood that legal questions will arise during that meeting. I'd like to have an officially assigned lawyer available to assist with such matters. Plainly this is short notice. Presumably Mr. Forsyth wouldn't have any objection to a reasonable continuance, enough time for you to select and prepare local counsel and allow us to engage in preliminary discussions.

Travel to Fort Smith won't be necessary. I'm happy for your trusted lawyer to participate by Zoom or similar service. That will allow us to record the meeting, which I hope to transcribe, the better to limit disputes and misunderstandings. The palest ink beats the sharpest memory.

Thanks very much for your kind consideration of the requests in this letter.

Kindest personal regards,

/s/ Oscar Stilley

Oscar Stilley

C:   Ryan Forsyth, Vani Singhal, Kory McClintock