# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. 09-cr-0043-2-SPF |
| OSCAR AMOS STILLEY, | ) ) ) |
| Defendant. | ) |

## ORDER

The court will permit Charles Robert Burton, IV to sit at the counsel table with the defendant during the upcoming revocation hearing, if Mr. Burton chooses to do so. The court is not appointing Mr. Burton to act as counsel, on a standby basis or otherwise. If Mr. Burton chooses to sit with the defendant at the counsel table, the defendant will be permitted to confer with him during the revocation hearing. If Mr. Burton chooses to sit at the table with the defendant during the revocation hearing, that will occur only as Mr. Burton's voluntary choice. Mr. Burton will not be compensated by the court or with public funds.

DATED this 7th day of November, 2024.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p190 (Stilley) .docx