UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br>            Plaintiff,<br>vs.<br><br>Oscar Amos Stilley,<br>            Defendant(s). | Case No.: 09-CR-043-SPF-2<br>Date: 10/13/2024<br>Court Time: 9:05-10:25, 10:35-12:00<br>      12:45-2:30, 2:40-4:25<br><br>**MINUTE SHEET FINAL REVOCATION OF SR HEARING & SENTENCING** |

Stephen P Friot, U.S. District Judge    P. Lynn, Deputy Clerk    J Golemboski, L Griffin, Reporter

Counsel for Plaintiff: Charles O'Reilly    Counsel for Defendant: Oscar Stilley, pro se, Trevor Reynolds, stand-by

Probation Officer: Kory McClintock, Ryan Forsyth

☒ Defendant appears in person with counsel   ☐ Counsel waived   ☒ Evidentiary
☒ 18:3553 Findings re: Prob/SR Revocation Sentencing Options made;
☒ Revocation Sentence re: Guideline; ☒ Findings made; ☐ Departure: ☐ Variance: ☐ Upward ☐ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion Dkt. 815, 805, 804, 808, 809, 810 ☒ Denied
☒ Court makes findings on violations   ☒ Defendant's term of Prob/SR is revoked
  Violation #1 – acquitted, Violation #2 – violated, Violation #3 – violated, Violation #4 – violated, Violation #5 – violated
  Violation #6 – violated, Violation #7 – violated, Violation #8 – acquitted, Violation #9 - violated

**REVOCATION OF PROB/SR SENTENCE:**

☒ Bureau of Prison for a term of   24 months   ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed
☒ NO Supervised Release
☒ Remainder of Restitution:   $ Payable to IRS   ☐ With Interest   ☐ Interest Waived ☐ Not Applicable

*********************************************************************************************************************

☒ Defendant advised of right to appeal    Court recommends to BOP:
                 ☒ Designate a facility located in or near: FCI Yazoo City
☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**
Defendant requests court appointed. CJA attorney Trevor Reynolds present and appointed as stand-by counsel.
Motion to stay sentence is denied. Motion to self surrender is denied.

<u>Govt Witnesses:</u>
Patti Rush
Ryan Forsyth

<u>Govt Exhibits admitted and returned:</u>
1 – Dkt #792
2 – Dkt #802
3 – Arkansas Special Master Transcript and Documents re: voter registration