FILED
NOV 13 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.    Case No. 4:09-CR-043 | |
| OSCAR AMOS STILLEY | DEFENDANT |

## NOTICE OF APPEAL

Comes now Petitioner Oscar Stilley (Stilley) and for notice of appeal states:

1. Oscar Stilley hereby gives notice that he appeals the judgment entered in this case, revoking Stilley's supervised release and sentencing him to incarceration.

2. Stilley appeals to the Tenth Circuit Court of Appeals.

3. Stilley claims the right to raise all errors including but not limited to those raised in pleadings in this case or at any hearing, including the hearing at this criminal prosecution, sometimes referred to as a "revocation hearing." Stilley also claims the right to raise errors not appearing on the record, such as *ex parte* communications with prosecutors.

Respectfully submitted,

By: /s/ Oscar Stilley            November 13, 2024
Oscar Stilley
10600 N Highway 59
Cedarville, AR 72932-9246
479.384.2303 cell phone
oscarstilley@gmail.com

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

*Fees due*
*Forms sent*