UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 15, 2024

Mr. Trevor Lee Reynolds
Tulsa Law Group
1700 Southwest Boulevard
Tulsa, OK 74107

RE:   24-5133, United States v. Stilley
      Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- **A designation of record** per 10th Cir. R.10.3(A). This form must be filed in **both** the district court and this court.
- *Either* **a motion to continue your CJA appointment, or a motion to withdraw** per 10th Cir. R. 46.3(B).
- **Please note:** A defendant-appellant's trial counsel in criminal and post-conviction cases **must** perfect the appeal before seeking to withdraw. This is the case even if counsel did not file the notice of appeal. Perfecting the appeal requires filing, at a minimum, an entry of appearance and a docketing statement. 10th Cir. R. 46.3(A).

**In addition, all counselled entities** that are required to file a Federal Rule of Appellate Procedure 26.1 disclosure statement must do so **within 14 days of the date of this letter**. All parties must refer to Federal Rule of Appellate Procedure 26.1 and Tenth Circuit Rule 26.1 for applicable disclosure requirements. All parties required to file a disclosure statement must do so even if there is nothing to disclose. Rule 26.1 disclosure statements must be promptly updated as necessary to keep them current.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance and certificate of interested parties. **Attorneys that do not enter an appearance within the specified time frame will be removed from the service list.**

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements of appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Oscar A. Stilley
Charles Anthony O'Reilly
Vani Singhal

CMW/at

**Aimee Nance**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Friday, November 15, 2024 8:17 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5133 United States v. Stilley "Criminal case docketed" (4:09-CR-00043-SPF-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 11/15/2024 at 7:04:23 AM Mountain Standard Time and filed on 11/15/2024

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 24-5133 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11136856] Criminal case docketed. Preliminary record filed. DATE RECEIVED: 11/14/2024. Docketing statement, Designation of record, Transcript order form, Notice of appearance, and Appointment motion due 11/29/2024 for Oscar A. Stilley. Notice of appearance and Disclosure statement due on 11/29/2024 for United States of America. [24-5133]

**Notice will be electronically mailed to:**

Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Mr. Trevor Lee Reynolds: trevor@tlreynolds.net, info@frasierlaw.com
Ms. Vani Singhal: vani.singhal@usdoj.gov, caseview.ecf@usdoj.gov, michelle.bates@usdoj.gov, william.foreman@usdoj.gov, lori.frederick@usdoj.gov
Oscar A. Stilley: oscarstilley@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Prelim ROA
**Original Filename:** Springer prelim ROA.pdf
**Electronic Document Stamp:**

1

[STAMP acecfStamp_ID=1104938855 [Date=11/15/2024] [FileNumber=11136856-0] [20cc6391711b1fcf6624de623e55d2f133bcb33600239f2967e83ec0580f1f2e0e92cf343cf0dfb04a92b79 7dd73410a8662340904dc2ebce3d4b9a34390455a]]

**Document Description:** Cover letter
**Original Filename:** Springer cover letter prelim roa.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=11/15/2024] [FileNumber=11136856-1] [0b084f42cb3149c4ec8fe6018f99d6690aea6b152e4db761a791dde1f725df0c504b5744a5718cfb0908fd 463379226642e8bbb4bc6ad514a4dfe7314f3fcfe3]]

**Document Description:** General Docket Letter - With Counsel
**Original Filename:** /opt/ACECF/live/forms/245133_11136856_98.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=11/15/2024] [FileNumber=11136856-2] [da1cedf0a1464c248c52684061fa4f6ee684c89a5c11680ff67620a7d7fe798b2cac33e4092ab12d18f7ec bcc75e06b9daa87abc1f983abe03e7f274a1768b35]]
**Recipients:**

- Mr. Charles Anthony O'Reilly
- Mr. Trevor Lee Reynolds
- Ms. Vani Singhal
- Oscar A. Stilley