IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR AMOS STILLEY,<br><br>Defendant. | Case No. 09-CR-043-SPF-2 |

### ORDER

Before the Court is defendant's oral motion for stand-by counsel made during the hearing held on November 13, 2024. For the reasons stated in open court, the Court finds that the oral motion should be granted and Trevor Reynolds from the Court's Criminal Justice Act Panel is appointed as stand-by counsel for Defendant .

The Court Clerk is directed to email this Order to the Federal Public Defender.

Dated this 13th day of November 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE