**CLERK, UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF OKLAHOMA
333 WEST FOURTH STREET, ROOM 411
TULSA, OKLAHOMA 74103-3819

OFFICIAL BUSINESS

TO:




RETURN TO SENDER

RECEIVED
DEC 0 6 2024
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

NOT IN CUSTODY

-R-T-S- 752605096-1N  009  12/03/24
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

Postmark 12/03/24
9-cr-43-SPF-2
# 817

NEOPOST 11/14/2024
US POSTAGE $002.31
ZIP 74103
041M11287529

Oscar Amos Stilley
#1189798
David L. Moss Criminal Justice Center
300 N DENVER AVE
TULSA, OK 74103