# Cara Becker

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, December 9, 2024 5:21 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5133 United States v. Stilley "Minute Order Filed" (4:09-CR-00043-SPF-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 12/09/2024 at 4:20:46 PM Mountain Standard Time and filed on 12/09/2024

**Case Name:**   United States v. Stilley
**Case Number:**   24-5133

**Docket Text:**
[11142776] Minute order filed - Transcript order form due 12/23/2024 for Jennifer Golemboski (11/13/2024 Final Revocation Hearing). (Text Only - No Attachment) [24-5133]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, cateps.taxcriminal@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Mr. Trevor Lee Reynolds: trevor@tlreynolds.net, info@frasierlaw.com
Ms. Vani Singhal: vani.singhal@usdoj.gov, caseview.ecf@usdoj.gov, william.foreman@usdoj.gov, lori.frederick@usdoj.gov, alex.sappington@usdoj.gov
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov