## Aimee Nance

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, December 23, 2024 3:15 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5133 United States v. Stilley "Transcript order form filed" (4:09-CR-00043-SPF-2) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 12/23/2024 at 2:14:52 PM Mountain Standard Time and filed on 12/23/2024

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | [24-5133](#) |
| **Document(s):** | [Document(s)](#) |

**Docket Text:**
[11146443] Transcript order form filed by Jennifer Golemboski and Transcript due 01/06/2025 for Jennifer Golemboski. [24-5133]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, cateps.taxcriminal@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Mr. Trevor Lee Reynolds: trevor@tlreynolds.net, info@frasierlaw.com
Ms. Vani Singhal: vani.singhal@usdoj.gov, caseview.ecf@usdoj.gov, william.foreman@usdoj.gov, lori.frederick@usdoj.gov, alex.sappington@usdoj.gov
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** TOF

**Original Filename:** 24-5133 TOF G..pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=12/23/2024] [FileNumber=11146443-0]
[2afa5ca12a351387b8bb027f583d57621587e7e04f6794e29253eb74d644fe58fc3a27a421e829c9eca0e
60e4a1be06e41a6b072784c8a361b119d048d180328]]