## Mary Montgomery

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Thursday, January 2, 2025 3:06 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5133 United States v. Stilley "Order filed" (4:09-CR-00043-SPF-2) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/02/2025 at 2:05:53 PM Mountain Standard Time and filed on 01/02/2025

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 24-5133 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11147996] Order filed by Judges Bacharach and Phillips granting Attorney Trevor Reynolds' motion to withdraw as counsel for Appellant Oscar A. Stilley. Mr. Stilley shall proceed on appeal without representation, as he has requested. Any prior orders providing directives to counsel for the appellant are vacated. Served on 01/02/2025. [24-5133]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, cateps.taxcriminal@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Mr. Trevor Lee Reynolds: trevor@tlreynolds.net, info@frasierlaw.com
Ms. Vani Singhal: vani.singhal@usdoj.gov, caseview.ecf@usdoj.gov, william.foreman@usdoj.gov, lori.frederick@usdoj.gov, alex.sappington@usdoj.gov
Oscar A. Stilley: oscarstilley@gmail.com
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

The following document(s) are associated with this transaction:

**Document Description:** Main Document

**Original Filename:** 24-5133_CJA stand-by out + apet now pro se + direct criminal.pdf

**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1104938855 [Date=01/02/2025] [FileNumber=11147996-0]
[d19ba8430c95f778313f7067a42c74cfdc1b7031f258df75469240814604af46eca81380c0ee8ce1d49264
6ba7868875e5c1eb6146bacc631484e2298d6ad0f6]]