**Mary Montgomery**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Monday, January 13, 2025 10:28 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5133 United States v. Stilley "Transcript order form filed" (4:09-CR-00043-SPF-2) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 01/13/2025 at 9:27:59 AM Mountain Standard Time and filed on 01/10/2025

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 24-5133 |
| **Document(s):** | Document(s) |

**Docket Text:**
[11150056] Transcript order form filed by Ms. Laura L. Griffin. Transcript due 02/07/2025 (Supervised Release Revocation final hearing 11/13/24) for Laura L. Griffin. [24-5133]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, cateps.taxcriminal@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov, Cateps.Taxcriminal@usdoj.gov
Mr. Charles Anthony O'Reilly: Charles.A.O'Reilly@usdoj.gov, Charles.A.O'Reilly@usdoj.gov, sdusao.appeal@usdoj.gov, Western.Taxcriminal@usdoj.gov
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

**Notice will not be electronically mailed to the following as the Court does not have a valid email address on file or the person has not consented to service via email. If appropriate, notice will be delivered by other means to:**

Oscar A. Stilley
#10579-062
Cimarron Correctional Facility
3200 South Kings Highway
Cushing, OK 74023

The following document(s) are associated with this transaction:
**Document Description:** Main Document
**Original Filename:** 24-5133 TOF.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=01/10/2025] [FileNumber=11150056-0]
[898ba54c42f639788937f5c79b78828f4d3a1b9c8126fdfe425077d5d7b94351e778b13649cc2cd557e60
a21b919bca5474de94a28df540648e9d75d77b613ff]]