# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-CR-043-SPF |
| LINDSEY KENT SPRINGER and OSCAR AMOS STILLEY, | ) |
| Defendants. | ) |

## ORDER

Pursuant to the terms of the letter defining the basis for the continued service of the undersigned on senior status, and in view of the pending reassignment of substantially all other cases on the docket of the undersigned, the clerk is **DIRECTED** to return this case to the draw for random reassignment.

IT IS SO ORDERED this 15th day of January, 2025.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

09-0043p192 .docx