UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

October 16, 2025

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:    24-5133, United States v. Stilley**
      Dist/Ag docket: 4:09-CR-00043-SPF-2

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's September 24, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Katie Bagley
      Elissa Hart-Mahan
      Samuel Robert Lyons
      Oscar A. Stilley
      Joseph Brian Syverson

CMW/sls

**Cara Becker**

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Thursday, October 16, 2025 10:20 AM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 24-5133 United States v. Stilley "Mandate issued" (4:09-CR-00043-SPF-2) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 10/16/2025 at 9:17:41 AM Mountain Daylight Time and filed on 10/16/2025

| | |
|---|---|
| **Case Name:** | United States v. Stilley |
| **Case Number:** | 24-5133 |
| **Document(s):** | Docket Entry #82 |

**Docket Text:**
[11223296] Mandate issued. [24-5133]

**Notice will be electronically mailed to:**

Ms. Katie Bagley: katie.s.bagley@usdoj.gov, cateps.taxcriminal@usdoj.gov
Heidi D. Campbell, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Ms. Elissa Hart-Mahan: elissa.r.hart@usdoj.gov, cateps.taxcriminal@usdoj.gov
Samuel Robert Lyons: Samuel.R.Lyons@usdoj.gov, Samuel.R.Lyons@usdoj.gov,
Cateps.Taxcriminal@usdoj.gov
Oscar A. Stilley: oscarstilley@gmail.com
Mr. Joseph Brian Syverson: Joseph.B.Syverson@usdoj.gov, Cateps.Taxcriminal@usdoj.gov

The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate Letter - OJ
**Original Filename:** /opt/ACECF/live/forms/245133_11223296_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=10/16/2025] [FileNumber=11223296-0]
[3017fa8aa47cb392be2bb9d9e43b3fd35144f8d31a0775a1c21264cc66d0eb262b05d1974b3f5994d709

ab20421b59393b662780506aa49bca482fe4cbf1af0e]]

**Recipients:**

- [Ms. Katie Bagley](#)
- [Heidi D. Campbell, Clerk of Court (oclk)](#)
- [Ms. Elissa Hart-Mahan](#)
- [Samuel Robert Lyons](#)
- [Oscar A. Stilley](#)
- [Mr. Joseph Brian Syverson](#)