# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, | |
| Plaintiff(s), | |
| vs. | Case No.: 09-cr-00043-SEH-2 |
| | Civil Court Case: 25-cv-00673-SEH-MTS |
| Oscar Amos Stilley, | MINUTE ORDER |
| Defendant(s). | |

At the direction of Sara E. Hill, U.S. District Judge it is hereby ordered that:

The Clerk is directed to provide a copy of the MOTION to Vacate/Set Aside/Correct Sentence under 28 U.S.C. 2255 filed on 12/15/2025 in the referenced case to Counsel for the United States of America. This notification is made pursuant to the Rules Governing Section 2255 Proceedings for the United States District Courts and this Court. No answer or other responsive pleading is required unless the Court orders otherwise.

Heidi D. Campbell, Clerk of Court

s/ A. Nance

By: A. Nance, Deputy Clerk

c/ 2255 motion to AUSA

Rule 2255 Order (CR-13 2/2021)