

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES          PLAINTIFF/RESPONDENT

V.      Criminal Case No. 4:09-cr-43-2 SEH

Civil case No. _____

OSCAR STILLEY          DEFENDANT/PETITIONER

## PETITIONER'S MOTION FOR SHOW CAUSE ORDER, TO SHOW WHY OPPOSING COUNSEL SHOULD NOT BE DISQUALIFIED

Comes now Petitioner Oscar Stilley (Stilley) and for his verified motion for show cause order, to show cause why opposing counsel should not be disqualified, states:

1. To the extent not forbidden by rule or law or Stilley's legitimate interests, Stilley incorporates all pleadings filed contemporaneously with this pleading, into this pleading.

2. Stilley is currently incarcerated on a "revocation" criminal judgment arising from a hearing/trial on 11-13-2024.

3. Charles Anthony O'Reilly participated in a secret *ex parte* court hearing, prior to the official and public hearing/trial, during which time he was told that he needn't respond to Stilley's motions, including dispositive motions.

4. Mr. O'Reilly admitted that the Court (Stephen P. Friot was judge at the time) told the government that it needn't respond, in an email that Stilley attached to one of his pleadings, Dkt. 836 or 837.

5. When Stilley asked Judge Friot, in open court during the hearing/trial, if he had said such thing, Judge Friot harshly responded "no."

6. When Stilley asked Judge Friot if his personnel had told counsel for the government any such thing, he angrily said "MOVE ON!"

7. Mr. O'Reilly didn't correct Judge Friot even though he knew Judge Friot's statement was false, and such that law, ethics, and his oath of office required him to correct Judge Friot on the record.

8. On information and belief Mr. O'Reilly has engaged in several secret *ex parte* hearings with Judge Friot.

9. On information and belief Vani Singhal likewise engaged in *ex parte* hearings with the court. If she didn't, that fact should be promptly established.

10. On information and belief, Charles O'Reilly and attorney Vani Singhal, are necessary witnesses at one or more hearings in this case, in which the true facts, circumstances, and rulings of *ex parte* hearing(s) must be proven to the satisfaction of the Court.

11. Absent circumstances not believed to be present in this proceeding, it is unethical for a lawyer to be both a witness and an advocate in the same proceeding.

12. On information and belief, the facts militate in favor of allowing either attorney to continue participating in this proceeding as counsel.

13. Stilley submits herewith a consolidated brief in support of this motion, as well as his motion for release pending 2255 proceedings.

WHEREFORE, Stilley requests an order requiring Charles Anthony O'Reilly and Vani Singhal to show cause why they shouldn't be disqualified from any further participation in this case as counsel for the government; and such other and further relief as may be appropriate whether or not specifically requested.

## VERIFICATION

Petitioner by his signature below pursuant to 28 USC 1746 declares under penalty of perjury that the foregoing facts are true and correct.

Respectfully submitted this 4th day of December, 2025.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

## PRISON MAILBOX RULE CERTIFICATE OF SERVICE

By my signature above I declare under penalty of perjury pursuant to 28 USC 1746 that I placed a copy of this pleading in the prison outgoing mail, with sufficient US First Class postage attached, on the date stated above, addressed to the Clerk of this Court for filing and service on all parties entitled to service via CM/ECF. The prison at which Stilley is confined does not have a legal mail system. Stilley claims the benefit of the prison mailbox rule.

⇔10579-062⇔
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

Legal Mail

RECEIVED
DEC 15 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

⇔10579-062⇔
Phil Lombardi
333 W 4TH ST
Room 411
Tulsa, OK 74103
United States

Clerk, US District Court

postmark 12/15/25
9-CR-43-SEH-2




FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5006
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON 12.5.25 THROUGH SPECIAL
MAILING PROCEDURES.

The letter has neither been opened or inspected if the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Legal Mail