


FILED

DEC 1 5 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES            PLAINTIFF/RESPONDENT

V.        Criminal Case No. 4:09-cr-43-2 SEH

Civil case No. _____

OSCAR STILLEY           DEFENDANT/PETITIONER

### PETITIONER STILLEY'S MOTION FOR SCHEDULING ORDER

Comes now Petitioner Oscar Stilley (Stilley) and for his motion for scheduling order states:

1. Stilley requests that this Court enter a scheduling order, requiring the government to respond paragraph by paragraph, to the allegations of his current and prior petitions under 28 USC 2255, as well as the motions for release pending proceedings under 28 USC 2255 and for show cause order, at the time and in the manner directed by the Court.

2. Stilley requests that the Court order responses within 14 days of the filing of all motions filed contemporaneously herewith, except the response to show cause order, for which Stilley respectfully requests a deadline of 30 days from the filing of the current motions.

3. Stilley requests that the Court order or request the government to cooperate with Petitioner, to minimize the necessity of the attention of this Court to procedural and ancillary matters.

WHEREFORE, Stilley requests a scheduling order setting forth deadlines for responding to Stilley's pleadings, and specifying that such responses must be made in compliance with the rules for responding to an ordinary civil complaint; directing communication sufficient to minimize unnecessary imposition on the Court's time for procedural and ancillary matters; and such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted this 4th day of December, 2025.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

### PRISON MAILBOX RULE CERTIFICATE OF SERVICE

By my signature above I declare under penalty of perjury pursuant to 28 USC 1746 that I placed a copy of this pleading in the prison outgoing mail, with sufficient US First Class postage attached, on the date stated above, addressed to the Clerk of this Court for filing and service on all parties entitled to service via CM/ECF. The prison at which Stilley is confined does not have a legal mail system. Stilley claims the benefit of the prison mailbox rule.

◇10579-062◇
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

Legal Mail

◇10579-062◇
Phil Lombardi
333 W 4TH ST
Room 411
Tulsa, OK 74103
United States

Clerk, US District Court

RECEIVED
DEC 15 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT







postmark 12/6/25
9-CR-43-SEH-2

```
FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5000
YAZOO CITY, MS 39194

THE ENCLOSED LETTER WAS PROCESSED
ON 12.5.25 THROUGH SPECIAL
MAILING PROCEDURES.

The letter has neither been opened or inspected. If
the writer raises a question or problem over which
this facility has jurisdiction, you may wish to
return the material for further information or
clarification. If the writer encloses
correspondence for forwarding to another
addressee, please return the enclosure to the above
address.
```

Legal Mail