

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES                                   PLAINTIFF/RESPONDENT

V.         Criminal Case No. 4:09-cr-43-2 SEH
           Civil case No. 4:25-cv-00673

OSCAR STILLEY                                   DEFENDANT/PETITIONER

### PETITIONER STILLEY'S MOTION TO COMPEL THE GOVERNMENT TO COMPLY WITH *BRADY/GIGLIO/NAPUE/GLOSSIP*

Comes now Petitioner Oscar Stilley (Stilley) and for his motion to compel the government to comply with *Brady/Giglio/Napue/Glossip* and states:

1.  This motion should be construed together with the other motion contemporaneously filed by Stilley.

2.  The government has a duty to comply with the disclosure requirements of *Brady/Giglio/Napue/Glossip* without prompting.

3.  Stilley on or about 1-5-2026 sent an email to Assistant US Attorney (AUSA) Charles O'Reilly, US Attorney Clinton J. Johnson, Arkansas Senior Assistant Attorney General Jeanne Sherrill, and AUSA Vani Singhal a request for *Brady/Giglio/Napue/Glossip* disclosures. A copy of this email message is attached hereto as Exhibit "1." All exhibits hereto are incorporated herein as if set forth word for word.

4.  As of even date the government has not responded to this communication.

5. Stilley has briefed the government on the requirements of such disclosures, based on the US Department of Justice's own online publications, in previous pleadings and attachments thereto, in the captioned criminal proceeding.

6. The government in this case has made a complete mockery of its own admitted duty of disclosures in this case.

7. Counsel for the government are well aware that Stilley is innocent.

8. Counsel for the government are well aware that Stilley has current entitlement to immediate release, and vacation of all criminal judgments against him, for multiple reasons.

9. Stilley currently faces a perjury charge, in Arkansas state court, in Crawford County Circuit # 17CR24-508, for denying that he had been *lawfully* convicted by a *lawful* court.

10. Stilley has proven the rectitude of his claims in pleadings that have been *defaulted* by both federal and state governmental attorneys, all of whom had an enormous incentive to prove Stilley wrong.

11. Despite their embarrassing defaults, counsel for the US government are conspiring together with Jeanne Sherrill, and quite probably others, to attempt to cause Stilley to be wrongfully convicted in Crawford County Circuit # 17CR24-508.

12. Counsel for the government are well aware that the prosecution in this case has engaged in secret *ex parte* contacts and hearings with the Court, in which the District Court entered rulings prejudicial to Stilley.

13.    The government has committed many other lawless acts, and obtained other unlawful results or benefits, contrary to the legal rights of Stilley.

14.    The government's own published policy with respect to *Brady/Giglio* disclosures require the government to ***promptly*** confess the correctness of the Stilley's claims – whether or not such evidence would be admissible in any trial or other court proceeding.

15.    The government by its refusal to confess its fraudulent and lawless behavior evinces a design to profit from its own corrupt actions.

16.    Therefore this Court should order the government to make all disclosures required by *Brady/Giglio/Napue/Glossip,* within 14 days of the ***filing*** of this motion.

WHEREFORE, Stilley requests that this Court order the government to make all disclosures required by *Brady/Giglio/Napue/Glossip* within 14 days of the filing of this motion; and such other and further relief as may be appropriate whether or not specifically requested.

## VERIFICATION

Petitioner by his signature below pursuant to 28 USC 1746 declares under penalty of perjury that the foregoing facts are true and correct.

Respectfully submitted this 18 day of February, 2026.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

## PRISON MAILBOX RULE CERTIFICATE OF SERVICE

By my signature above I declare under penalty of perjury pursuant to 28 USC 1746 that I placed a copy of this pleading in the prison outgoing mail, with sufficient US First Class postage attached, on the date stated above, addressed to the Clerk of this Court for filing and service on all parties entitled to service via CM/ECF. The prison at which Stilley is confined does not have a legal mail system. Stilley claims the benefit of the prison mailbox rule.

4

*Exhibit "1"*

Recipients: Charles O'Reilly, Clinton J. Johnson, Vani Singhal, Jeanna Sherrill
Subject line: Access to evidence, Brady/Giglio disclosures, etc.

Dear Mr. O'Reilly, Mr. Johnson, Ms. Singhal, and Ms. Sherrill:

I assume you are all aware of my 2255 petition and related filings, filed into a civil case as well as the criminal case US v. Stilley, OKND 09-cr-43. To my knowledge the Court hasn't yet completed its screening and ordered a response.

That case may or may not involve discovery. However, federal law criminalizes impeding or even delaying (amongst other things) the gathering of evidence needful for federal criminal proceedings, whether present or future. See e.g. 18 USC 1512 et seq. That criminal prohibition is separate and independent from the possibility that discovery might be sought at a later date.

Plainly I am seeking all available evidence concerning the ex parte communications between Judge Friot and any part of the prosecution team. I've already stated my belief that numerous highly unethical ex parte communications were had -- the government just had the misfortune of getting busted on the second revocation. I hereby formally request ANY AND ALL evidence in the possession of or available to the government (state or federal), concerning ANY AND ALL ex parte communications related to my case, whether or not you think the ex parte contact was justified. I hereby formally request that each of you turn over any such evidence in your possession OR AVAILABLE TO YOU, within 7 calendar days of the date of this communication. If you need more time please ask.

Nobody has told me the manner and means of the ex parte communications. Was it by telephone? Did it include communications by other means? What records of the ex parte communications currently exist? Will it be necessary to inquire (by proper and lawful means and procedures) of the judiciary? Who are the known participants in some or all of them?

If you say you didn't keep these records, remember that the National Security Agency (NSA) sweeps up everything and archives it. There may be other ways of getting such records and evidence, in addition to NSA data dumps. I want it all, promptly. Please turn this evidence over to me, promptly. I request it in electronic format if it is kept in that format.

You may also remember that I submitted an FOIA request, seeking the Excel spreadsheets upon which Jennie Cleveland kept records of criminal restitution. I caught the feds red handed, stealing criminal restitution monies by pretending they were unclaimed funds. The cover-up has been in full swing, since that time. Stonewalling my request is obstruction of justice and a federal crime. Please give me all the information and records I sought, within 7 calendar days of this message.

I have good news and bad news. The good news is that I'm still ready and willing to give you an incredibly sweet deal -- if on your part you're willing to give me a basis for saying what I'm willing to do for you is ethically sound. I already told counsel for the government during my latest appeal (10th Cir. 24-5133) that I'd treat them very well if they wanted to "take a knee." I didn't receive a response.

You'd each need to explain some basis for the conclusion that you're not incorrigibly addicted to gross violations of attorney

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-G-A

--------------------------------------------------------------------------------

ethics rules. What violations? Here's a list, which is far from exhaustive.

1) You'd need to show that you're not deliberately violating the Oklahoma attorney's oath of office, or persistently helping those who do. I've repeatedly briefed that issue. That means that you all would need to bring falsehoods to the attention of a proper court -- in this case that of the Honorable Sara E. Hill, and the Honorable Marc McCune in Arkansas -- THAT THE FALSEHOODS MAY BE REFORMED. The oaths of Johnson and Singhal aren't contingent on an order from Judge Hill. Confession of falsehoods -- to the Court -- are LONG OVERDUE.

2) You'd need to show some arguable repentance of the repeated and egregious violations of applicable attorney ethical codes of conduct. Once again, I've briefed many of the issues in prior pleadings. You'd need to show me an arguable basis for concluding that you've turned away from your transgressions and iniquities. I'm trying to be convinced, but of course I'd have to have something upon which to hang my hat.

3) You'd need to show that you are not interfering with my collection of evidence for use in one or more federal criminal proceedings, helping those who do, or gaining advantage from the fact that others are doing such things.

I've already stated, some 18 months ago, that I'm willing to help make the taxpayers whole with respect to the pilfering of criminal restitution moneys -- WITHOUT forcing those who stole the money to pay it back. I'm still willing, still waiting patiently, still hoping you'll make a choice that builds respect for the federal bench and bar, rather than tearing it down.

You may think this is too good to be true. However, I haven't been able to have meaningful conversations. Both Ms. Sherrill (lead prosecutor in State of Arkansas v. Stilley, 17CR24-508) and Mr. O'Reilly (primary federal prosecutor) decline to talk on the telephone. That's how the primary proof of the ex parte communication happens to be in writing. Mr. O'Reilly wouldn't talk to me any other way.

In my latest appeal I made a motion to order the Department of Justice-Federal Bureau of Prisons (DOJ-FBOP) to permit me to possess and use my own computer and office equipment and supplies, for my legal defense. The government didn't respond. The 10th Circuit panel denied the motion nevertheless.

I plan to file a similar motion -- if I continue in the lawless custody in which you have conspired together to keep me. I respectfully request that a federal attorney state, within 7 calendar days, whether or not such a motion would be opposed. I plan to ask for this permission to continue even after my release. It is PURE EVIL to deprive inmates of the wherewithal to put up the best defense they can muster from their own mind and the minds of their learned fellow inmates. I already won my administrative remedy request, when I spoke to Associate Warden Mr. Turner April 29, 2025, who said I was entitled to it. He did however deny my request for internet access. I plan to ask for it all, so if you agree with what AW Turner said I was entitled to, but not more, please so state.

If you let me have access to a computer with internet, I can get the evidence I need to absolutely smash all three federal criminal judgments, as well as the frivolous and malicious charges now pending against me in Crawford County, Arkansas. Ms. Sherrill objected to the last continuance request -- which the Court granted over her objection. Ms. Sherrill suggested putting me in a concrete box in the Crawford County Jail, then deciding how I should get access to Arkansas law. She neglected to mention any grounds for revoking my bail, which cost me over $800 and remains in good standing.

I've been eligible for halfway house or home confinement at least since October 1, 2025. My case manager told me I was turned down on my first application, and that she knew the reason -- but that she couldn't tell me. I'm quite sure I know the reason. Giving me access to the wherewithal to litigate effectively would ensure that I am exonerated completely. My political enemies are stomping out my right to reduced security confinement -- to cheat me out of access to evidence. They therefore forbade my case manager from giving me evidence of their latest federal felonies -- which continue to the present day.

This has the same smell as many other evil deeds done to me during my incarceration. I was sent from Cimarron Correctional Facility to Greene County, Missouri, and promptly put into solitary confinement until after close of business on the deadline for my appeal brief. Three weeks later I was sent back to Cimarron -- but all my legal paperwork was came up missing, and nobody would talk about it, despite repeated polite request. Then I was suspended from the law library for two weeks on bogus charges. Then I was permanently barred from the law library - for no articulable reason.

Ms. Sherrill's state prosecution is plainly motivated by anger over my attempt to cause the Arkansas state motto, Regnat Populus (the people rule) prevail in the matter of the Arkansas Abortion Amendment of 2024. Six out of seven Arkansas Supreme Court Justices refused to rule on my two DEFAULTED motions to suppress my original and first revocation criminal judgments, on the day before my requests for admission would have been admitted by operation of law, and referred me for

TRULINCS 10579062 - STILLEY, OSCAR AMOS - Unit: YAZ-G-A

--------------------------------------------------------------------------------

criminal prosecution.

The second revocation charges came hard on the heels of the state criminal charges, and included an explicit charge for my registration to vote, which was without controversy my "keys to the courthouse" to try to get the abortion initiative decided by the Arkansas electorate. It thus appears that my perceived political views on the abortion question are a powerful common denominator in my current incarceration and Ms. Sherrill's effort to send me to prison yet again.

At some point in time there will be no forgiveness of the evil deeds that you are doing. Ms. Sherrill knows that her lawless prosecution will collapse the moment I get a fair hearing on my 2255 petition. She knows that compliance with Brady/Giglio will for all practical purposes force her to dismiss the charges. Yet she sits tight and silently lets the remaining recipients of this message do the dirty work for her.

All of you know that I have a legal right to file a pleading for declaratory judgment concerning the validity of my voter registration. All of you know that such a proceeding would give me a venue into which I could file the same motions to suppress that were dodged in Stilley v. Thurston et al. All of you know that this would give me the venue to serve the same discovery, including requests for admissions, that would have established my legal and factual innocence 18 months ago. All of you are using the power of incarceration to prevent me from getting this dispositive evidence, in flagrant violation of statutes, rules, constitutions, oaths of office, ethical provisions, basic morality, etc. All of you are doing this for evil reasons, so that injustice may continue to prevail.

Denying my right of reasonable access to the courts for such lawless and corrupt reasons is the very epitome of prosecutorial misconduct.

I request that you ALL turn over all Brady/Giglio and related disclosures that you are required to make, within 7 calendar days of this message.

Kindest personal regards,

Oscar Stilley

10579-062
Oscar Stilley
FCC Yazoo City Camp
Federal Correctional Complex
PO Box 5000
Yazoo CITY, MS 39194
United States

7016 1370 0001 2137 7343

RECEIVED
FEB 24 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

10579-062
Heidi Campbell
US District Court Clerk
333 W 4TH ST
Room 411
Tulsa, OK 74103
United States

Postmark Unknown
9-cr-43-SEH-2