**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES                                    PLAINTIFF/RESPONDENT

     V.                                         Criminal Case No. 4:09-cr-43-2 SEH
                                        Civil case No. 4:25-cv-00673

OSCAR STILLEY                                    DEFENDANT/PETITIONER


**PETITIONER'S MOTION FOR RELEASE PENDING THE DECISION
ON HIS MOTION UNDER 28 USC 2255 OR 2241, WHICHEVER COMES LAST**


Comes now Petitioner Oscar Stilley (Stilley) and for his motion states:


1.      Petitioner Oscar Stilley has filed a motion for relief under 28 USC 2255, in the Northern District of Oklahoma, (OKND) into criminal case US v. Stilley, 4:09-cr-43; civil case number 4:25-cv-673. Stilley also has a 2241 action, Stilley v. Keyes et al, Southern District of Mississippi (MSSD) 3:26-cv-145-HTW-LGI.

2.      The instant pleading is being filed into all 3 proceedings, verbatim or as nearly as possible verbatim in all of them.

3.      To the extent not contrary to law or rule or inconsistent with Stilley's legal interests, Stilley incorporates all the 2255 pleadings into this pleading and into the 2241 proceedings, as if set forth word for word. For a list of the pleadings with descriptions and docket numbers, see the first page of the consolidated brief filed contemporaneously herewith. Stilley in the OKND 2255 habeas litigation has a motion and brief for release pending a decision on the 2255. The facts and

argument set forth there are no less relevant at this point in time and at this confluence of the 2255 and 2241 litigation.

4.    Stilley has had a motion for release pending a decision on the merits of the 2255 motion pending for more than 5 months, with no activity, no decision, and no reasonable basis for expecting to in the future be "heard in a meaningful time and a meaningful manner," same amounting to the essence of due process.

5.    To the extent not contrary to law or rule or inconsistent with Stilley's legal interests, Stilley hereby incorporates the remaining pleadings of the 2241 action into the 2255 proceedings and its related criminal case. This is necessary, INTER ALIA, for the purpose of showing what happens when a district court simply ignores meritorious pleadings placed before it.

6.    Specifically, Stilley is on track to be dumped back into the community at his GCT (Good Conduct Time, the last possible legal date for Stilley to be released from a formal federal prison facility) on 7-23-2026, destitute and close to 9 months behind on the rent, without the slightest assistance with reentry.

7.    Stilley will therefore presume that the courts considering this motion are aware of the pleadings in both the 2241 and 2255 proceedings. After all, both are either habeas or "in the nature of habeas" pleadings. Stilley pleads for his liberty, by any lawful and proper legal avenue available to him.

8.    The grant of release pending a decision on the 2255 motion is better than release to home confinement, and furthermore required by due process, since Stilley has an irrefutable claim to vacate all three of his criminal convictions, the original conviction in 2010 plus two bogus

"revocations of supervised release." While a release to home confinement would drastically improve Stilley's litigating capacity, it would still leave Stilley with the need to plead for an order of release pending decisions on habeas, so as to avoid as many days of "custody" as possible.

9.     Notwithstanding any other allegation of this pleading, Stilley does not seek or authorize the intervention of either judge into the case in the court of the other judge, prior to hearing and a judicial determination that such intervention is lawful and proper and in the interests of justice.

**WHEREFORE**, Stilley respectfully an order of release pending decisions on his 2255 and 2241 litigation, whichever comes last unless the first one exonerates Stilley completely; and such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted this 24th day of May, 2026.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

3

## VERIFICATION

Petitioner by his signature below pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the foregoing facts are true and correct.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194