**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES                                    PLAINTIFF/RESPONDENT

    V.                                            Criminal Case No. 4:09-cr-43-2 SEH
                                                Civil case No. 4:25-cv-00673

OSCAR STILLEY                                    DEFENDANT/PETITIONER

**MOTION TO MSSD AND OKND COURTS FOR JOINT HEARING ON ZOOM**
**OR DISCORD OTHER SUITABLE VIDEOCONFERENCING UTILITY**

Comes now Petitioner Oscar Stilley (Stilley) and for his motion states:

1. Stilley has two cases pending, either of which could result in his release from custody (at least by some legal definitions) one of which is Southern District of Mississippi (MSSD) (3:26-cv-145-HTW-LGI, a 2241 petition) and the other of which is Northern District of Oklahoma (OKND) (4:09-cr-43 SEH; 4:25-cv-463, a 2255 petition).

2. Stilley has reason to doubt that he will timely receive fair and lawful consideration of his claims in the OKND. More than 5 months after entry of his 2255 petition and 3 other motions, including a motion for scheduling order, none of the motions have been ruled upon, and none have been the subject of any official proceedings or orders whatsoever.

3. Stilley on 2-24-2026 filed amongst other pleadings a motion for prompt conduct of his 2255 litigation, etc. OKND Dkt. #854.

1

4.    At page 16 of Docket #854 Stilley quoted from 28 USC 2255(e) to state that a habeas corpus petition [generally under 28 USC 2241] is not available UNLESS "it also appears that the remedy by [2255] motion is inadequate or ineffective to test the legality of his detention."

5.    More than 5 months after filing a motion challenging the right of a lawyer who engaged in secret ex parte contact with the judge, no proceedings at all have been commenced, to determine whether this lawyer has the right to represent the United States despite his own egregiously unethical conduct.

6.    At the present time, Stilley is approximately 2 months from his Good Conduct Time (GCT) release of 7-23-2026.

7.    Therefore, Stilley is requesting a joint conference, with Judges Henry T. Wingate and Sara E. Hill, via videoconference, to determine how Stilley may obtain for himself the process due him on his claims now pending in the 2255 proceedings in OKND, whether it is necessary for Stilley to raise his claims in a 2241 action, if so whether the currently pending 2241 is suitable, and related questions.

8.    Stilley would have to rely upon the court personnel to set up the videoconference. Stilley respectfully requests a "trial run" on some suitable day before the actual hearing, with Stilley and personnel of both courts participating, to reduce the likelihood of technical difficulties or unfamiliarity with the equipment.

9.    Stilley is submitting contemporaneously herewith a consolidated brief in support of this and other pleadings in one or more of the cases identified in the first paragraph of this motion.

**WHEREFORE**, Stilley requests a joint videoconference with the judges in the proceedings identified herein, so as to determine the proper and suitable means for Stilley to obtain a fair hearing and proper rulings on his habeas claims; and for such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted this 24th day of May, 2026.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

## VERIFICATION

Petitioner by his signature below pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the foregoing facts are true and correct.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

## CERTIFICATE OF SERVICE

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194