**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES                                          PLAINTIFF/RESPONDENT

V.                                                     Criminal Case No. 4:09-cr-43-2 SEH
                                                       Civil case No. 4:25-cv-00673

OSCAR STILLEY                                          DEFENDANT/PETITIONER

**STILLEY'S SECOND VERIFIED MOTION FOR "PROMPT" CONDUCT OF LITIGATION, AND DETERMINATION OF THE MEANING OF THE WORD, WITH INCLUDED BRIEF AND ALSO WITH A SUPPLEMENTAL CONSOLIDATED BRIEF**

Comes now Petitioner Oscar Stilley (Stilley) and for his verified motion for "prompt" conduct of this litigation, and determination of the meaning of the word, and states:

1.  Stilley incorporates Docket 854 into this motion AND BRIEF in its entirety, as if set forth herein word for word.

2.  Stilley is filing this a second time because 1) the docket text title of the original pleading entered 2-24-2026 omitted the word "prompt," and 2) this Court does not seem particularly interested in "prompt" conduct of the litigation, ruling on the motion, or defining the meaning of the term "prompt" or "promptly" within the meaning of relevant legal authorities.

3.  Furthermore, said motion has been pending on the docket for almost 3 months, without any ruling or scheduling order (see also Docket # 850, Motion for Scheduling Order filed December 15, 2025, pending for roughly 5 months without a ruling).

1

4.    Stilley is furthermore submitting a consolidated ADDITIONAL supporting brief, filed verbatim into this Court and into Oscar Stilley v. Warden R. Keyes, et al, MSSD (Southern District of Mississippi, Northern Division) 3:26-cv-145-HTW-LGI.

**WHEREFORE**, Stilley having incorporated Docket 854 in its entirety, as if set forth word for word, relies upon the prayer for relief in that document.

Respectfully submitted this 24th day of May, 2026.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

**VERIFICATION**

Petitioner by his signature below pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the foregoing facts are true and correct.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

2

**CERTIFICATE OF SERVICE**

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194