**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES                                           PLAINTIFF/RESPONDENT

     V.                                                        Criminal Case No. 4:09-cr-43-2 SEH
                                                                Civil case No. 4:25-cv-00673

OSCAR STILLEY                                           DEFENDANT/PETITIONER

**PETITIONER'S VERIFIED MOTION FOR SPEEDY TRIAL**

Comes now Petitioner and for his verified motion for speedy trial states:

1. Petitioner currently faces a pretrial JULY 29, 2026, and a trial SEPTEMBER 22, 2026, in State of Arkansas v. Oscar Stilley, Crawford County Circuit Court 17CR-24-508. These proceedings are pending in Crawford County, Arkansas, where Stilley lives, in Criminal Division 1, before the Honorable Marc McCune, Circuit Judge.

2. These state court proceedings have been continued three times, by about 6 months each time.

3. Petitioner Stilley has at all times exerted every fiber of his being to prepare for a fair and speedy trial in this state court criminal case, which involves an accusation that he committed perjury on his voter registration application. Stilley has sought the wherewithal for said fair and speedy trial, while his political adversaries in the captioned federal criminal and civil cases have used lawless, corrupt, and unethical means to stomp out Stilley's ability to effectively prepare and defend.

1

4.  The federal convictions upon which the Crawford County charges are predicated are all as bogus as a $3 bill.

5.  If Petitioner Stilley gets fair and regular proceedings in his state criminal case, the information (formal charging instrument) will be dismissed with prejudice because the federal criminal convictions WILL ALREADY HAVE BEEN vacated and held for naught.

6.  Petitioner Stilley is entitled to fair and regular proceedings in the captioned criminal case and 2255 civil case, same being conditions precedent to fair and regular proceedings in the state felony perjury charges.

7.  Unnecessary delay in proceedings in the captioned federal criminal and civil 2255 cases will necessarily cause Petitioner Stilley damage, harm, and injury that cannot be adequately remedied by money damages. At minimum such results in unlawful additional days of incarceration, and at worst might well ALSO result in another unlawful judgment, conviction, and incarceration pursuant to the state court proceedings identified above.

8.  Therefore, Petitioner Stilley should be granted a fair and speedy trial in the captioned criminal and 2255 civil cases, construing the term "trial" in the broad sense of all proceedings necessary to procure a fair, just, and lawful result in the state court proceedings against him, regardless of where those proceedings might be required or take place.

9.  Stilley is including a consolidated brief in support of this motion and other motions in 1) the captioned criminal and civil cases; and 2) a 2241 action in the Southern District of Mississippi, Oscar Stilley v. Warden R. Keyes et al, MSSD 3:26-cv-145-HTW-LGI.

**WHEREFORE**, Petitioner Stilley respectfully requests and demands a fair and speedy trial in the captioned criminal and 2255 civil cases; and furthermore respectfully requests and demands a fair and speedy trial in the above identified state court proceedings, especially requesting that the captioned US District Court perform all actions necessary for Petitioner Stilley to establish that none of the federal criminal judgments against him are valid or worthy of ANY RESPECT WHATSOEVER in this or in any other court; and such other and further relief as may be appropriate whether or not specifically requested.

Respectfully submitted this 24th day of May, 2026.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

## VERIFICATION

Petitioner by his signature below pursuant to 28 U.S.C. § 1746 declares under penalty of perjury that the foregoing facts are true and correct.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

**CERTIFICATE OF SERVICE**

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194