**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES                                   PLAINTIFF/RESPONDENT

V.                              Criminal Case No. 4:09-cr-43-2 SEH
                                Civil case No. 4:25-cv-00673

OSCAR STILLEY                                   DEFENDANT/PETITIONER

**DEFENDANT STILLEY'S JOURNAL NOTES**
**FOR 3-10-2026 HUNGER STRIKE**

**3-10-2026**

Tuesday, day 1: Beginning of hunger strike, skipped all three meals. I generally weighed about 175-176 pounds at the time, a little more than the 172-173 I usually weigh.

**3-11-2026**

Wednesday, day 2: No food, other inmates knew, still at Camp.

**3-12-2026**

Thursday, day 3: Went to Low-1 and told them I was checking into SHU (Special Housing Unit, or jail for the prison) for hunger strike. The receptionist told me to wait for someone to talk to me. Lieutenant W. Brown talked to me, tried to get me to agree to eat, and persuaded me to go back to the Camp. I didn't agree to eat, but did agree to check in with Medical on a daily basis. By my recollection (not contemporaneously documented) I went to Medical (Health Services) in the afternoon, and had a blood sugar in the mid-fifties.

1

**3-13-2026**

Friday, day 4: Called to the Message Center, talked to Lt. L. Brown and Camp Administrator Ms. Phillips. They wanted me to eat and prove I was eating. I wanted to stay at Camp and check in with Medical (Health Services) on a daily basis, but not eat. They told me to wait for a ride to SHU. I wasn't allowed to go back to get anything out of my locker. I tried but they were watching me closely.

At SHU, I told them I wear size 1X briefs, T-shirts, and pants. They gave me 2 pairs of small shorts, two small T-shirts, size 7 shower shoes, two ragged sheets about 2/3 normal size, and one blanket. My heels hung off the back of the shower shoes. The shorts were so tight they left marks and constricted blood flow. It was extremely cold in SHU. Talking to other inmates later, the small clothes, shorts, etc., is a pattern and practice, for the corrupt and lawless purpose of making inmates miserable. The mat was an absolute rag, very thin. I had to move the "embedded pillow" around just right, or I would quickly feel the cold steel directly below the plastic that held the scraps of a mat together.

They put me in the dry cell, Cell # 001, right next to the control center area with the guards' office. I repeatedly asked to go to a cell to use a toilet. Finally, a guard took me to a cell with a toilet, and left me so long I was hypothermic and shivering when I got back. The cell where I went had no mat or other cloth of any kind. My arthritic left knee won't let me stand, so I was forced to sit on a cold steel sleeping rack. Then the guard threatened me against asking again, saying that wouldn't be tolerated. He didn't wear a name tag. Where a name tag would normally go, he had a sewn-on tag that said "sounds like bullshit to me."

I repeatedly asked for a urinal. I was deflected and put off, but not denied. I was forced to drink my own urine twice. The second time the urine tasted much worse, because I didn't have any fresh water either. Finally, during third shift, a lady brought me a 2 1/2-quart bowl, like one of the plastic bowls we buy on commissary. That was a lifesaver, but nobody wanted to empty the urinal. I had to constantly ask for 1) drinking water, and 2) emptying of the urinal. The combination of inadequate water, lack of salt, and poor toileting facilities caused serious dehydration despite my best efforts to prevent it.

**3-14 – 3-16-2026**

Days 5-7, water only. No medical checks despite the fact that Lt. L. Brown's stated reason for sending me to SHU was his conclusion that I appeared to be in terrible condition and needed medical observation.

**3-17-2026**

Tuesday, day 8:   First medical check, after 22 skipped meals. Blood sugar (BS) 46, blood pressure (BP) 108/74, 161 pounds. This weight is way too low, clearly the product of serious dehydration. Nurse (Ms.) Jones told me that drinking the milk wouldn't break the hunger strike, and that I wouldn't be penalized for drinking the salty broth that would be coming from Food Service. Labs were drawn today. We generally got 2 cartons of fat free milk for breakfast, 80 calories each. Sometimes on the weekends we'd get two more milks for lunch.

**3-18-2026**

Wednesday, day 9: No medical assessment today. Talked to Captain J. Berg, who said he was kicking me out of SHU in a day or two. He said their records showed that I ate three times.

On further discussion he said I consumed the salty broth once and drank milk (2 cartons, 160 calories) once. He said that taking broth or milk broke the strike. That's a rather curious assertion, since I begged Lt. L. Brown not to send me to SHU, and offered to cooperate with Health Services personnel to satisfy their legitimate concerns about my medical condition. Captain Berg said I'd have to take up my FSA home confinement dispute with personnel at the Camp. He said he put me in Dry Cell 001 in order to monitor intake. Once again that's a curious assertion, since getting enough water was a very dicey proposition, and I saw absolutely no effort to document or keep track of my intake.

They have observation cells in Medical. I asked to be placed there, since hunger strike is a medical issue as opposed to a disciplinary issue. Plus, then medical personnel could actually observe and monitor according to their protocols. I never got anywhere with that argument.

There was no practical way to legally offer me a tray in Dry Cell 001. The whole door was glass with metal bars. The "food slot" wouldn't stay level, so you could put trays in the slot. Incidentally, I never got a legal offer of a meal, as defined by the BOP Hunger Strike Program Statement, for the duration of my hunger strike. Sometimes they'd walk past because they didn't expect an inmate in the dry cell. Sometimes they'd say "he's on hunger strike" as if that means they don't have to offer food or speak to me. Mostly they'd ask if I wanted the food, which the Program Statement specifically states is not sufficient. The Program Statement requires that the food trays be made available to the inmate for at least 20 minutes.

**3-19-2026**

Thursday, day 10: No medical assessment today. C. Strong, a male nurse, told me *"If you're drinking milk, you're not on hunger strike."* Curiously, he wanted me to eat. Why pray tell

is that necessary if I can go back to Camp by drinking milk? He seemed to believe his own story, telling me he didn't know if I'd be kicked out of SHU (sent back to Camp) today. I'm pretty sure that the decision not to do medical assessments today and yesterday was a matter of Operations (Security) overriding the professional judgment of medical personnel.

**3-20-2026**

Friday, day 11: BS 77 after drinking one milk, 122/84, 160 lbs. Took both milks in the morning. Found out I have to eat to get out of SHU. Spoke to Captain Berg, he said he tried to get Medical to release me for drinking Ensure, they vetoed that idea. Berg said he didn't understand cold temperatures but couldn't give me an extra blanket or clothes because they didn't have enough for everyone. Dr. Seymour (psychologist I think, he's in the Psychology Department) said I could be force-fed.

**3-21-2026**

Sabbath, day 12:  BS 76, 124/80, 164 lbs. Got some well-seasoned pot liquor, (liquid off green beans I think) just delicious. I'm on a pattern of taking the milk each morning, total of 160 calories a day.

**3-22-2026**

Sunday, day 13:  BS 70, 131/81, 164 lbs. Ms. Ellis came, I asked about my case, she just looked at me, walked away without a word. Small BM, (bowel movement) first since starting hunger strike. Some of my broth was taken. I got 1X long pants in exchange for shorts. Wow, what a relief! [I suspect this was when I got my first shower, by being taken to another cell -- I didn't make a contemporaneous note.]

**3-23-2026**

Monday, day 14: BS 57, 137/93, 128/90 standing, 163 pounds, labs drawn. We had SHU rounds today, although they're more commonly done on Tuesdays. Warden M. (Milton?) Washington stopped the entourage, pointed out my cell, and told all his personnel to do nothing for me so long as I was on hunger strike. He said words to the effect "you don't hold me hostage!" I talked to Ms. C. Owens, Regional Executive Assistant. She wanted me to eat. Razors were passed out but I couldn't get one.

**3-24-2026**

Tuesday, day 15:  BS 70, 146/94, 163 lbs.

**3-25-2026**

Wednesday, day 16: BS 65, 111/80, 159.5 lbs.

**3-26-2026**

Thursday, day 17:   BS 48, 120/90, 161.5 lbs. 96.4 degrees. Got a shower, clean clothes, bedroll, mat. The sheets were cut down drastically, to about 4' X 7.25'. I lost two milks, all cups and milk cartons (which I used for broth, water, etc.) envelopes, my best SHU pencil, toiletries, towels and washcloths. Got my second letter from Mom. Small BM. New sheets were about 4' X 7.25'. [I suspect this is when I went to cell C219, but then again, the more I think about it the more I think I was just escorted to a cell for a shower. As I recall I got a better mat in Cell B-001 before they moved me from there. Also, I remember coming back to the dry cell and finding the milks missing.]

6

**3-27-2026**

Friday, day 18:  BS 40, then 42. BS 59 @ ~ 11 AM[1]. 134/85 sitting, 135/90 standing. 161 lbs. I talked to Mr. Henderson, my counselor. There is as yet no response to my BP8 asking to informally resolve my request for my earned FSA home confinement. I told him I'd give the BOP a face-saving way out, if they'd give me a chance. [Later note. In this case I think both the 40 and 59 readings were accurate, because I typically drank the milk after the medical assessment.]

**3-28-2026**

Sabbath, day 19: BS 64, 129/87, ~118/84 sitting, 159 lbs.

**3-29-2026**

Sunday, day 20: BS 44 on one glucometer, 70 on another. Lab BS was 66. 13/85, 159 lbs. Electrolytes, most everything else was good. The medical personnel understandably think their stock of glucometers isn't very reliable. I suggested regular calibration, discarding those that won't reliably calibrate and provide verifiable, consistent accuracy. Unfortunately, the Low-1 (I was at the Low-1 SHU) doesn't seem to have the ability to maintain inmate orderlies with the competence to ensure that their equipment is maintained, that defective equipment is marked bad and then removed from the stock, etc. Based on the way I felt, I think this is probably the only time the glucometer was off.

---

[1] *"~"* means its approximate or I'm not certain of the exact value

**3-30-2026**

Monday, day 21: BS 75, ~125/81, 161 lbs., 97.6 degrees. A compassionate employee gave me some size 11 shower shoes in exchange for my 7-8s. Camp Administrator Ms. Phillips said the Residential Reentry Manager (RRM) took my home confinement, and said she couldn't overrule that decision. She says my release date is 7-23-2026, my GCT release. In other words, I get no halfway house or home confinement whatsoever. She said she didn't trust me to commute from here to a job. I asked for access to Arkansas law, she offered their worthless *"Ediscovery"* computer, which doesn't have any law and can't be used for writing at all. She said she approved me for a $250 gratuity when leaving, said only the Warden could approve more, then only up to $500. I am now in C-218, a normal cell. It's way warmer than Dry Cell 001, which is on "B" range. I lost all my containers except one disposable plastic water bottle, during the move. They put a blanket under the door to stop kites, (messages between cells, sent by strings and weights & ingenuity.) No other door is that way. I asked Mr. Boyd, a guard, how often he'd seen inmates have extended stays in the dry cell. He said he'd only seen one other inmate held in dry cell for as long as overnight. My new mat is vastly better than the old one.

**3-31-2026**

Tuesday, day 22: BS 71, ~ 121/76, ~120/81 lying, 158.6 lbs. Saw Dr. Chambers in Health Services today. My weight will now be consistently below the dehydrated weight of 161 pounds on 3-17-2026, some 2 weeks prior.

**4-1-2026**

Wednesday, day 23: BS 61, 122/87, 160 lbs. Medium well-formed BM. I saw Chaplain Alexis and got my stash of Passover juice today. [I think it was fourteen 8-ounce bottles of

Kedem grape juice, and 8 boxes of apple juice, ~ 6.76 ounces each, plus a nice stash of black tea bags.]

**4-2-2026**

Thursday, day 24:  BS126, 107/74, 160 lbs.

**4-3-2026**

Friday, day 25: BS 112, 105/73, 159 lbs. I believe it was today that Mr. Henderson said I still don't have a response to my BP8 regarding home confinement. Still no new case manager at the Camp.

**4-4-2026**

Sabbath, day 26: BS 81, 93/64, 157 lbs.

**4-5-2026**

Sunday, day 27: BS 85, 110/77, 156.5 lbs. (I got a total of 4 milks today.) Food service cut off salty broth as of noon today. Another inmate named Kareem said we hadn't had commissary for four weeks straight. I think he's right.

**4-6-2026**

Monday, day 28: BS 72, 114/82, 155 lbs. I wasn't allowed to go to Recreation today. In fact, I didn't get Rec the whole time I was in SHU. Broth was started again today at 5:00 PM. Nurse (Ms.) Jones went to bat for me.

**4-7-2026**

Tuesday, day 29: BS 72, 131/86, (one cup of tea) 156 lbs. Turned in medical record request to Mr. Lambert, RN. Ms. Twiner is over Medical Records. I got an original and 2 copies back from Mr. Lambert that afternoon, with the message that I need to use formal FOIA procedures.

**4-8-2026**

Wednesday, day 30: No salty broth, no medical assessment.

**4-9-2026**

Thursday, day 31:  BS 137, 101/71, 154 lbs. Small BM. Got last week's commissary today, (receipt was dated the 8th) which included one book of stamps, one 9 X 12 envelope, (limit one) a legal pad, cough drops, and antacid. This was the first time I had a chance to send mail to anyone. Saw Counselor Mr. Henderson, got some BP8 Informal Resolution documents and cop-outs (Requests to Staff). He says there is still no response to my BP8 with respect to home confinement, and we still don't have a new case manager for the Camp.

**4-10-2026**

Friday, day 32:  BS 88, 107/76, 153. Saw Dr. (Ms.) Martinez, got a blood draw for labs. Dr. Martinez told me I could be force fed with a nasogastric tube. She said they'd probably just put a regular meal in a blender, and then force feed that puree. It was rather obvious that this was an attempt to frighten me into eating.  Both Dr. Martinez and Dr. (Mr.) Chambers were concerned about me eating regular meals after so much time on hunger strike, due to risk of re-

feeding syndrome. I said I'd like some foods to help with restarting digestion when the time came, but wasn't willing to forego the regular trays. I submitted the following documents:

1) A cop-out to Ms. Twiner asking for my medical records; and,

2) A cop-out to the SHU Lt. or SHU #1 officer, or Detention Officer, for permission to possess the property to which I am entitled while in Administrative Detention (AD) according to the applicable Program Statement. I also requested a chance to speak to the SHU detention officer about reviews, to determine why I'm still in SHU, when giving me my earned home confinement would allow me to eat and leave SHU.

3) A BP8 to informally resolve the issue of wretched bedding, inadequate clothing, about administration's absurd compulsion to grab clotheslines, which encourages inmates to cut up the sheets to make more, which means we have to sleep on sheets that have been cut down to a much smaller size, that are usually worn out anyway.

[Editor's note: We got new mats for our cells, which were desperately needed. They are now each marked for the cell number and whether they're for the top or bottom bunk. These were thick mats, it felt so good to sleep on them, even though they did have embedded pillows. Also, I was moved from cell 218 to cell 219, but I didn't write down the date.]

4) A BP8 concerning the refusal to allow AD inmates to possess the property allowed to AD inmates per Program Statements.

11

**4-11-2026**

Sabbath, day 33: BS 57 at about 3:00 PM. 105/79, 152.5 lbs. Glucagon was offered, I refused it. Glucagon tricks my body into thinking it got food -- once in the past so severely I vomited blood.

**4-12-2026**

Sunday, day 34: BS 42, 93/74, 152.25 lbs. Glucagon offered again, refused again.

**4-13-2026**

Monday, day 35: BS 30, 100/65, 150.5 lbs. Blood sugar rechecked ~2:00 PM, BS 33. I told the nurse, Ms. Jones, that I wasn't getting the salty broth. She got Food Service to restart the salty broth. I think it was today that Ms. Jones said I'd be offered 2 V8s (30 calories each), two milks (80 calories each) and broth 3 times a day. I know it was either today or tomorrow, Tuesday, but I didn't write it down.

**4-14-2026**

Tuesday, day 36: BS 55, 92/69, 151.5. Ms. Phillips talked to me. She said that if I'd eat today, she'd get me back to Camp tomorrow.

**4-15-2026**

Wednesday, day 37: BS 69, 109/81, 152.5. Small BM. When SHU Officer # 1, Mr. C. Scott, came to deliver the noon meal he announced to the whole range that everyone but the hunger striker would get a meal. When he got to my cell, he first asked if I wanted the meal. I asked for the V8, milk, and broth. He tried again but I had the same story. I told him I'd let him

know when I got the liquids. When the liquids were safely out of his reach, I told him I wanted the meal. He demanded the liquids back in exchange for the meal. I refused, saying I had a right to both. He shut the *"beanhole"* (lockable slot through which food trays are passed) and gave everyone else trays. I asked for the SHU Lieutenant. He said he'd get him to come but that never happened. I saw Officer (Mr.) D. Coleman late in the afternoon, ~ 3:00 PM and he said he'd make sure I got the evening meal. At the evening meal Mr. Coleman was most apologetic, but said that Dr. Chambers had put me on a liquid diet, so I didn't get that meal either. The "liquid diet" was only slightly richer than the salty broth.

**4-16-2026**

Thursday, day 38: I ate all three meals today. BS 113, 113/81, 157 lbs. The *"corn flake"* cereal was a pathetic excuse for off-brand junk corn flakes, but they had been exposed to moisture so they were extremely hard. They were hard even after sitting in milk a long time. I ate some and discarded the rest in disgust. I refused the liquid diet. I turned in a cop-out about the fact that the shower in my cell didn't work.

**4-17-2026**

Friday, day 39: I didn't write down the BS, 122/85, 156.5 lbs. All the inmates on the range went to Rec while the cells were painted. That is, everyone but me. I was kept out indoors. I didn't get to go to Rec so much as one single time, despite repeated polite request. I tried to get out today, but wasn't successful.

Late in the day I realized that although food was flowing from the small intestine to large intestine, I wasn't having any bowel movements of new material. I quit eating, drank as much as

I could, and focused on trying to get my large intestine running again. During the wee hours I had a BM with a hammerhead front, sticky, high friction, hard to excrete.

**4-18-2026**

Sabbath, day 40: BS 140, ~116/76, 159.5 lbs. Still on hunger strike status, not released by Health Services, but Nurse Jones says that the Captain could let me go to Camp before medical release, Medical could monitor me at Camp.

**4-19-2026**

Sunday, day 41: BS 134, ~109/64, 158.5 lbs. Hunger strike still not officially terminated. No assessment Monday. Released to Camp on Tuesday morning.

---

Respectfully submitted this 31st day of May, 2026.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194

**CERTIFICATE OF SERVICE**

Defendant Stilley hereby certifies that on the date stated above he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, thereby serving all persons having ECF privileges and entitled to service in this case.

By: /s/ Oscar Stilley
OSCAR STILLEY, DOJ-FBOP #10579-062
FCC YAZOO CITY CAMP
PO BOX 5000
YAZOO CITY, MS 39194