# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

      Plaintiff,

v.

OSCAR AMOS STILLEY,

      Defendant.

Case No. 09-CR-00043-SEH-2

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Opinion and Order [ECF No. 865] dismissing Defendant Oscar Amos Stilley's Verified Provisional Petition Pursuant to 28 U.S.C. 2255 [ECF No. 846] for lack of jurisdiction has been entered. A judgment of dismissal of Defendant's motion is hereby entered.

DATED this 23rd day of June, 2026.

_____
Sara E. Hill
UNITED STATES DISTRICT JUDGE

1